**Order filed October 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00460-CV
_____

**ALLEN F. CALTON, Appellant**

**V.**

**JASON NEWMAN, LAUREN TANNER AND BAKER BOTTS, LLP,**
**Appellees**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-09348**

---

## ORDER

On June 26, 2015, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. In response, appellant filed an affidavit of indigence. The Harris County District Clerk filed a contest. On July 15, 2015, the trial court signed an order sustaining the District Clerk's contest because appellant failed to comply with section 14.004

of the Texas Civil Practice and Remedies Code. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or before October 30, 2015. *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM